

# Fox Rothschild LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

**Kathleen M. Aiello**
Direct Dial: (212) 878-7908
Email Address: kaiello@foxrothschild.com

November 18, 2010



RECEIVED
NOV 2 4 2010
U.S. BANKRUPTCY COURT, SDNY

**VIA FIRST CLASS MAIL**

Clerk of the Court
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re: **CBGB Holdings, Inc. v. The Estate of Hillel Kristal (In re CBGB Holdings, LLC)
USBC S.D.N.Y. 10-13130 (SMB)**

Dear Clerk of the Court:

Enclosed is a copy of The Estate of Hillel Kristal's Designation of Additional Items to be Included in the Record on Appeal Pursuant to Federal Rules of Bankruptcy Procedure 8006, which was filed this afternoon on the court's electronic docket for this case [Docket Number 55]. Also enclosed is a copy of the item designated by the Estate of Hillel Kristal, the appellee in the above-referenced case, to be included in the record on appeal.

Please do not hesitate to contact me at the number listed above.

Sincerely yours,

Kathleen M. Aiello

Enclosures