UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
: Case No. 10-13130 (SMB)
In re :
:
CBGB HOLDING, LLC, : (Chapter 11)
:
                Debtor. :
:
---------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

Based upon the November 23, 2010 hearing held before this Court, and it appearing that appropriate notice has been given, and cause existing, it is

ORDERED, that this case commenced under Chapter 11 of the Bankruptcy Code be and is hereby dismissed pursuant to 11 U.S.C. § 1112(b), and it is further

ORDERED, that the debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930 within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.

Dated: New York, New York
      December 1, 2010

                                                       /s/   **STUART M. BERNSTEIN**
                                              HONORABLE STUART M. BERNSTEIN
                                              BANKRUPTCY JUDGE